## COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO.: 05-00786-B

| | |
|---|---|
| VERNON YATES AND BARBARA YATES | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| FEDEX GROUND PACKAGE SYSTEM, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**05 - 11681 PBS**

### NOTICE OF APPEARANCE

Please enter the appearance of James M. Campbell and Adam A. Larson as counsel for

FedEx Ground Package System, Inc. in the above-entitled matter.

_____
CAMPBELL, CAMPBELL, EDWARDS & CONROY
PROFESSIONAL CORPORATION
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

### CERTIFICATE OF SERVICE

I, Adam A. Larson, certify that on August 12, 2005, I served the following counsel of record with a copy of this pleading, by regular mail:

Brian C. Dever, Esq.
Keches & Mallen, P.C.
122 Dean Street
Taunton, Massachusetts  02780
(508) 822-2000

_____
Adam A. Larson