## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **VERNON YATES and** )<br>**BARBARA YATES,** )<br>**Plaintiffs** )<br> )<br> )<br>**v.** )<br> )<br>**FEDEX GROUND PACKAGE** )<br>**SYSTEM, INC.,** )<br>**Defendant.** )<br> ) | 05 - 1168  PBS |

### DEFENDANT, FEDEX GROUND PACKAGE SYSTEM, INC.'S,
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, FedEx Ground Package System, Inc. discloses that its

parent company is FedEx Corporation.

FedEx Ground Package System, Inc. further discloses that no publicly traded

company owns more than 10% of the shares of FedEx Ground Package System, Inc.

**FEDEX GROUND PACKAGE SYSTEM, INC.**
**By its Attorneys,**

James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## **CERTIFICATE OF SERVICE**

I, Adam A. Larson, hereby certify that on August ___, 2005, a true copy of the above document was served upon the following by First Class Mail:

Brian C. Dever, Esq.
Keches & Mallen, PC
122 Dean Street
Taunton, MA 02780

Adam A. Larson