UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERNON YATES and<br>BARBARA YATES,<br>  Plaintiffs<br><br>v.<br><br>FEDEX GROUND PACKAGE<br>SYSTEM, INC.,<br>  Defendant. | C.A. NO. 1:05-cv-11681 PBS |

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The plaintiff hereby agrees that Defendant FedEx Ground Package System, Inc. ("FedEx") shall have up to and including Monday, August 29, 2005, to Answer or otherwise respond to Plaintiff's Complaint.

| VERNON YATES AND BARBARA YATES | FEDEX GROUND PACKAGE SYSTEM, INC. |
|---|---|
| By their Attorneys,<br>KECHES & MALLEN, P.C.<br><br>_____<br>Brian C. Dever (BBO #544203)<br><br>122 Dean Street<br>Taunton, MA 02780<br>(508) 822-2000 | By its Attorneys,<br>CAMPBELL CAMPBELL EDWARDS &<br>CONROY, PROFESSIONAL<br>CORPORATION<br>_____<br>Adam A. Larson (BBO #632634)<br>James M. Campbell (BBO #541882)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

## CERTIFICATE OF SERVICE

I, Adam A. Larson, hereby certify that on August __, 2005, a true copy of the above document was served upon the following by First Class Mail:

Brian C. Dever, Esq.
Keches & Mallen, PC
122 Dean Street
Taunton, MA 02780

                                    _____
                                    Adam A. Larson