UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

VERNON YATES and )
BARBARA YATES, )
      Plaintiffs )
)    CIVIL ACTION NO.  05-11681 PBS
)
v. )
)
FEDEX GROUND PACKAGE )
SYSTEM, INC., )
      Defendant. )

---

## FEDEX GROUND PACKAGE SYSTEM, INC.'S LOCAL RULE 81.1 CERTIFICATE OF FILING CERTIFIED COPIES OF STATE RECORDS, PROCEEDINGS, AND DOCKET ENTRIES

    I, Adam A. Larson, attorney for the defendant, FedEx Ground Package System, Inc., in accordance with the provisions of 28 U.S.C. § 1446, caused to be filed on behalf of FedEx Ground Package System, Inc. on August 12, 2005, a Notice of Removal of this action from the Superior Court for the County of Plymouth, Commonwealth of Massachusetts.

    I further certify that pursuant to Local Rule 81.1 attached hereto are certified copies of all records, proceedings and docket entries in the Superior Court for the County of Plymouth, Commonwealth of Massachusetts, in the case titled, <u>Yates et al v. FedEx Ground Package System, Inc.</u>, Civil Action No.: PLCV2005-00786-B.

This certificate is signed under the pains and penalties of perjury this 16th day of August, 2005.

> FEDEX GROUND PACKAGE SYSTEM, INC.
> By its Attorneys,
>
> _____
> James M. Campbell (BBO# 541882)
> Adam A. Larson (BBO# 632634)
> Campbell Campbell Edwards & Conroy, P.C
> One Constitution Plaza
> Boston, MA 02129
> (617) 241-3000

## CERTIFICATE OF SERVICE

I, James M. Campbell, hereby certify that on August 16, 2005, a true copy of the above document was served upon the following by First Class Mail:

Brian C. Dever, Esq.
Keches & Mallen, PC
122 Dean Street
Taunton, MA 02780

_____
Adam A. Larson

# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court



CIVIL DOCKET#: **PLCV2005-00786-B**

RE:  Yates et al v Fedex Ground Package System, Inc.

TO:  James M Campbell, Esquire
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
3rd Floor
Boston, MA 02129

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **08/15/2005** the following entry was made on the above referenced docket:

**Remanded to US District Court from Plymouth Superior Court. Attested copies sent to defendant's counsel - James M. Campbell, Esq., Campbell, Campbell, Edwards & Conroy, P. C., One Constitution Plaza, Boston, MA 02120.**
Dated at Plymouth, Massachusetts this 15th day of August, 2005.

Francis R. Powers,
Clerk of the Courts

BY: Adam Baler
Assistant Clerk

Telephone: (508) 747-6911

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

MAS-20041213           Commonwealth of Massachusetts           08/15/200
campbell                    PLYMOUTH SUPERIOR COURT                03:04 P.
Case Summary
Civil Docket

### PLCV2005-00786
### Yates et al v Fedex Ground Package System, Inc.

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 07/11/2005 | **Status** | Active (actv) | | |
| **Status Date** | 08/15/2005 | **Session** | B - Civil B - CtRm 1 (Plymouth) | | |
| **Origin** | 1 | **Case Type** | B04 - Other negligence/pers injury/pro | | |
| **Lead Case** | | **Track** | F | | |
| **Service** | 10/09/2005 | **Answer** | 12/08/2005 | **Rule12/19/20** | 12/08/2005 |
| **Rule 15** | 12/08/2005 | **Discovery** | 05/07/2006 | **Rule 56** | 06/06/2006 |
| **Final PTC** | 07/06/2006 | **Disposition** | 09/04/2006 | **Jury Trial** | Yes |

## PARTIES

**Plaintiff**
Vernon Yates
Active 07/11/2005

Private Counsel 544203
Brian C Dever
Keches & Mallen
122 Dean Street
Taunton, MA 02780
Phone: 508-822-2000
Fax: 508-822-8022
Active 07/11/2005 Notify

**Plaintiff**
Barbara Yates
Active 07/11/2005

*** See Attorney Information Above ***

**Defendant**
Fedex Ground Package System, Inc.
Served: 07/18/2005
Served (answr pending) 07/18/2005

Private Counsel 541882
James M Campbell
Campbell Campbell Edwards & Conroy
1 Constitution Plaza
3rd Floor
Boston, MA 02129
Phone: 617-241-3000
Fax: 617-241-5115
Active 08/15/2005 Notify

## ENTRIES

| Date | Paper | Text |
|---|---|---|
| 07/11/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 07/11/2005 | | Origin 1, Type B04, Track F. |
| 07/12/2005 | | ONE TRIAL review by Clerk, case to remain in Superior Court. |
| 07/18/2005 | 2.0 | SERVICE RETURNED: Fedex Ground Package System, Inc.(Defendant) in hand to Y. Concepion agent/person in charge |
| 08/15/2005 | 3.0 | Stipulation to extend time for Fedex Ground Package System, Inc. to file an answer/responsive pleading to the complaint to and including August 29, 2005 |
| 08/15/2005 | 4.0 | Remanded to US District Court from Plymouth Superior Court. Attested copies sent to defendant's counsel - James M. Campbell, Esq., |

# Commonwealth of Massachusetts
## PLYMOUTH SUPERIOR COURT
### Case Summary
### Civil Docket

## PLCV2005-00786
### Yates et al v Fedex Ground Package System, Inc.

| Date | Paper | Text |
|------|-------|------|
|      | 4.0   | Campbell, Campbell, Edwards & Conroy, P. C., One Constitution Plaza, Boston, MA 02120. |

**EVENTS**

A TRUE COPY ATTEST

Frands R. Fwers
CLERK

RECEIVED
JUL 1 1 2005
PLYMOUTH SUPERIOR COURT

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                                    TRIAL COURT OF MASSACHUSETTS
                                                 SUPERIOR COURT DIVISION
                                                 CIVIL ACTION NO: PCV 2005-00786-B

VERNON YATES and              )
BARBARA YATES,                )
        Plaintiffs            )
                              )
v.                            )
                              )
FEDEX GROUND PACKAGE          )
SYSTEM, INC.,                 )
        Defendant             )

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

JUL 1 1 2005

CLERK

## COMPLAINT AND JURY DEMAND

1. The Plaintiff, Vernon Yates, is an individual residing at 664 Pleasant Street, Brockton, Plymouth County, Massachusetts.

2. The Plaintiff, Barbara Yates, is an individual residing at 664 Pleasant Street, Brockton, Plymouth County, Massachusetts.

3. At all times material herein, the Plaintiff's, Vernon Yates and Barbara Yates, were married as husband and wife.

4. The Defendant, Fedex Ground Package System, Inc. is a foreign corporation having a principle place of business at 410 Rouser Road, Coraopolis, Pennsylvania.

5. Jurisdiction over the person of the Defendant is proper pursuant to M.G.L. Chapter 233A, Section 3, because:

    (a) The Defendant's transacting business in the Commonwealth of Massachusetts;

    (b) The Defendant's contracting to supply services or things in the Commonwealth of Massachusetts;

    (c) The Defendant's causing tortuous injury by an act or omission in the Commonwealth of Massachusetts; and/or

    (d) The Defendant's causing tortuous injury inside the Commonwealth of Massachusetts by an act or omission outside this Commonwealth and regularly doing or soliciting business, or engaging in any other persistent course of conduct,

      or deriving substantial revenue from goods used or consumed, or services rendered, in the Commonwealth of Massachusetts, and set forth in M.G.L., Ch. 223, Subsection A, Section 3.

6.   On or about May 7, 2004, the Plaintiff was working as a truck driver and was picking up a delivery load at the Fedex Ground Package System, Inc. location in Brockton, Plymouth County, Massachusetts.

## COUNT I

7.   The Plaintiff, Vernon Yates, repeats the allegations contained in paragraphs 1 through 6 as if realleged more fully herein.

8.   On or about May 7, 2004 and at all times material herein, the Defendant, Fedex Ground Package System, Inc. had a duty to load the Plaintiff's delivery truck in a safe and proper manner. In addition, the Defendant, Fedex Ground Package System, Inc. had a duty to warn the Plaintiff of any packages in the delivery truck that contained dangerous and/or hazardous material.

9.   On or about May 7, 2004, the Defendant Fedex Ground Package System, Inc. negligently breached said duty by failing to load the material in the delivery truck in a safe and proper manner and by failing to warn the Plaintiff of the presence of dangerous and/or hazardous material.

10.   On or about May 7, 2004 as a direct and proximate result of said negligence of the Defendant, Fedex Ground Package System, Inc., the Plaintiff was caused to sustain serious personal injuries when he was sprayed in the eyes by dangerous and/or hazardous material from one of the packages in his delivery truck.

11.   As a direct and proximate result of the Defendant, Fedex Ground Package System, Inc.'s negligence as alleged, the Plaintiff was caused to incur and continues to incur medical expenses, was caused and continues to lose time and income from his employment, and was caused to suffer and continues to suffer an impairment to his ability to enjoy life and attend to his usual activities.

12.   At all times material herein, the Plaintiff, Vernon Yates, was in the exercise of due care and free of all comparative negligence.

13.   The Plaintiff, Vernon Yates, has satisfied all conditions precedent to the bringing of this cause of action.

    WHEREFORE, the Plaintiff, Vernon Yates, claims and demands judgment against the Defendant, Fedex Ground Package System, Inc. in the amount of his damages together with costs, interests, and reasonably attorney's fees.

THE PLAINTIFF, VERNON YATES, CLAIMS AND DEMANDS A TRIAL BY JURY ON THIS CAUSE OF ACTION.

### COUNT II

1. The Plaintiff, Barbara Yates, repeats the allegations contained in paragraphs 1 through 13 as if realleged more fully herein.

2. As a direct and proximate result of the Defendant, Fedex Ground Package System, Inc.'s negligence as alleged, the Plaintiff, Barbara Yates, was caused to suffer and continues to suffer the loss of her husband's consortium and society.

WHEREFORE, the Plaintiff, Barbara Yates, demands judgment against the Defendant, Fedex Ground Package System, Inc. in the amount of her damages together with costs, interests, and reasonable attorney's fees.

THE PLAINTIFF, BARBARA YATES, CLAIMS AND DEMANDS A TRIAL BY JURY ON THIS CAUSE OF ACTION.

Respectfully submitted,
The Plaintiff,
By his attorney,

Brian C. Dever
BBO #544203
Richard T. Mallen
BBO #315900
KECHES & MALLEN, P.C.
122 Dean Street
Taunton, MA  02780
(508)822-2000

Date: July 8, 2005

A TRUE COPY ATTEST

Frank R. Flavers
CLERK

| TRANSIT NUMBER | CHECK | CASH | NET AMOUNT | DATE | NAME | DESCRIPTION | DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 53-179 | 5x5 | | 5x5 | 7/11/05 | Keches + Mallen PC | Complaint | 05PE-B |

THE COMMONWEALTH OF MASSACHUSETTS
CLERK - MAGISTRATE
PLYMOUTH DIVISION
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
COURTHOUSE, COURT STREET
PLYMOUTH, MA 02360

46668

RC22307-06-04

A TRUE COPY ATTEST

Frank R. Powers
CLERK

| CIVIL ACTION COVER SHEET | | Trial Court of Massachusetts Superior Court Department County: Plymouth |
|---|---|---|
| PLAINTIFF(S) Vernon Yates and Barbara Yates | | DEFENDANT(S) Fedex Ground Package System, Inc. |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE 508-822-2000 Brian C. Dever, Esq./Keches & Mallen, P.C. 122 Dean Street, Taunton, MA 02780 Board of Bar Overseers number: 544203 | | ATTORNEY (if known) |

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B04 | Other negligence-Personal Injury | (F) | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

Documented medical expenses to date:
1. Total hospital expenses ............................................................. (est.) $ 5,000.00
2. Total Doctor expenses .............................................................. (est.) $ 5,000.00
3. Total chiropractic expenses ....................................................... $
4. Total physical therapy expenses ................................................. $
5. Total other expenses (describe) .................................................. $
   Subtotal $
Documented lost wages and compensation to date .................................. $ 20,000.00
Documented property damages to date ................................................ $
Reasonably anticipated future medical and hospital expenses ................... $
Reasonably anticipated lost wages ........................................................ $
Other documented items of damages (describe)
   $
   TOTAL $ 30,000.00

Brief description of plaintiff's injury, including nature and extent of injury (describe)
As a result of hazardous material spilling into his eyes, the Plaintiff has suffered injuries that have led to functional (psychogenic) bilateral vision loss. As a result, the Plaintiff has been totally disabled from his occupation as a truck driver since the date of the incident and therefore, has lost in excess of $20,000.00 continuing in lost wages.

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

TOTAL $.............

FILED COMMONWEALTH OF MASSACHUSETTS SUPERIOR COURT DEPT. OF THE TRIAL COURT PLYMOUTH COUNTY
JUL 11 2005
Frank R. Powers CLERK

A TRUE COPY ATTEST
Frank R. Powers CLERK

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE: 7/8/05

mtc005-11/99
1-2000

# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court

CIVIL DOCKET# PLCV2005-00786-B

RE: Yates et al v Fedex Ground Package System, Inc.

TO: Brian C Dever, Esquire
    Keches & Mallen
    122 Dean Street
    Taunton, MA 02780

## TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
| --- | --- |
| Service of process made and return filed with the Court | 10/09/2005 |
| Response to the complaint filed (also see MRCP 12) | 12/08/2005 |
| All motions under MRCP 12, 19, and 20 filed | 12/08/2005 |
| All motions under MRCP 15 filed | 12/08/2005 |
| All discovery requests and depositions completed | 05/07/2006 |
| All motions under MRCP 56 served and heard | 06/06/2006 |
| Final pre-trial conference held and firm trial date set | 07/06/2006 |
| Case disposed | 09/04/2006 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session B sitting in **CtRm 1 (Court Street, Plymouth)** at **Plymouth Superior Court.**

Dated: 07/11/2005
                            Francis R. Powers
                            Clerk of the Courts
                            BY: Adam Baler
                            Assistant Clerk

Location: CtRm 1 (Court Street, Plymouth)
Telephone: (508) 747-6911

TRUE COPY ATTEST

Francis R. Powers
**CLERK**

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.

RECEIVED
JUL 2 5 2005
PLYMOUTH SUPERIOR COURT

SUPERIOR COURT DEPARTMENT OF THE
TRIAL COURT OF THE COMMONWEALTH
CIVIL ACTION
NO. PLCV2005-00786-B

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

JUL 2 5 2005

CLERK

Vernon Yates and
Barbara Yates ........................................, Plaintiff(s)

vs.

Fedex Ground System Package, Inc. ........., Defendant(s)

## SUMMONS

**To the above-named defendant**  : Fedex Ground Package System, Inc.
c/o CT Corporation Systems, 101 Federal Street, Boston

You are hereby summoned and required to serve upon Brian C. Dever, Esq. Keches & Mallen, PC plaintiffs' attorney, whose address is 122 Dean Street, Taunton, MA 02780 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Brockton either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, **SUZANNE V. DELVECCHIO** Esquire, at Brockton, the ....13th.... day of ....July...., in the year of our Lord ~~one thousand nine hundred and~~ ....2005......

CLERK.

### NOTES

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. To plaintiff's attorney: please circle type of action involved — Tort — Motor Vehicle Tort — Contract — Equitable Relief — Other.

### PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ........................................., 19 ....., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant , in the following manner (See Mass. R. Civ. P. 4 (d) (1-5): ........................................

A TRUE COPY ATTEST

Dated: ................., 19

CLER

N. B. TO PROCESS SERVER:—
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

, 19 .

rm 1

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

July 1[illegible], 2005

I hereby certify and return that on [illegible]/2005 at 3:50PM I served a true and attested copy of the Summons, Complaint and Tracking Order in this action in the following manner: To wit, by delivering in hand to [illegible], Process Clerk, agent at the time of service for Fedex Ground Package Systems, Inc., at , [illegible] Federal Street, [illegible] CT Corporation System Boston, MA [illegible]. Basic Service Fee (IH) ($[illegible]), Travel ($[illegible]), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $[illegible]

Deputy Sheriff John Cotter

*Deputy Sheriff*

COURT

COMMONWEALTH

RECEIVED
AUG 1 5 2005
PLYMOUTH SUPERIOR COURT

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, SS.                           SUPERIOR COURT DEPARTMENT
                                        CIVIL ACTION NO.: 05-00786-B

VERNON YATES AND BARBARA YATES          )
                                        )
            Plaintiffs,                 )
                                        )
v.                                      )
                                        )
                                        )
FEDEX GROUND PACKAGE SYSTEM, INC.       )
                                        )
            Defendant.                  )
                                        )

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

AUG 1 5 2005

CLERK

## STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

The plaintiff hereby agrees that Defendant FedEx Ground Package System, Inc. ("FedEx") shall have a twenty (20) day extension of time, up to and including Monday, August 29, 2005, to Answer or otherwise respond to Plaintiff's Complaint.

| VERNON YATES AND BARBARA YATES | FEDEX GROUND PACKAGE SYSTEM, INC. |
|---|---|
| By their Attorneys, KECHES & MALLEN, P.C. | By its Attorneys, CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION |
| Brian C. Dever (BBO #544203) | Adam A. Larson (BBO #632634) James M. Campbell (BBO #541882) |
| 122 Dean Street Taunton, MA 02780 (508) 822-2000 | One Constitution Plaza Boston, MA 02129 (617) 241-3000 |

A TRUE COPY ATTEST

CLERK

RECEIVED
AUG 1 5 2005
PLYMOUTH SUPERIOR COURT

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

AUG 1 5 2005

CLERK

COMMONWEALTH OF MASSACHUSETTS

PLYMOUTH, ss.

SUPERIOR COURT
DEPARTMENT OF THE
TRIAL COURT

VERNON YATES and
BARBARA YATES,
    Plaintiffs

v.

FEDEX GROUND PACKAGE
SYSTEM, INC.,
    Defendant.

DOCKET NO. 05-00786

## NOTICE OF REMOVAL

TO:    Plymouth County Superior Court    Brian Dever, Esq.
        Civil Clerk's Office                   Keches & Mallen, PC
        Court Street                             122 Dean Street
        Plymouth, MA 02360               Taunton, MA 02780

PLEASE TAKE NOTICE, that the defendant, FedEx Ground Package System, Inc. ("FedEx"), a Delaware Corporation with a principle place of business in Pennsylvania, has this day filed a Notice of Removal pursuant to 28 U.S.C. § 1332, containing a statement of facts which entitles them to remove the case to the United States District Court for the District of Massachusetts, together with a copy of all the pleadings in their possession.

FEDEX GROUND PACKAGE SYSTEM, INC.

By its Attorneys,

_____
James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

### CERTIFICATE OF SERVICE

I, Adam A. Larson, hereby certify that on August 12, 2005, a true copy of the above document was served upon the following by First Class Mail:

Brian C. Dever, Esq.
Keches & Mallen, PC
122 Dean Street
Taunton, MA 02780

_____
Adam A. Larson

A TRUE COPY ATTEST

Francis R. Fuures

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



VERNON YATES and
BARBARA YATES,
    Plaintiffs

v.

FEDEX GROUND PACKAGE
SYSTEM, INC.,
    Defendant.

05 - 11681 PBS

## NOTICE OF REMOVAL

TO: THE CHIEF JUDGE AND JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

FedEx Ground Package System, Inc. ("FedEx") files this Notice of Removal of the above-captioned action from Plymouth Superior Court, Plymouth County, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts. In support of its Notice of Removal, FedEx states the following:

1. As it appears from Civil Action No. 05-00786 on file in the Plymouth Superior Court, Plaintiff filed a Complaint on July 8, 2005. A copy of the Summons and Complaint (with Civil Action Cover Sheet) are attached hereto as Exhibit 1.

2. FedEx was served with the Summons, Complaint, and Civil Action Cover Sheet in this action on July 18, 2005.

3. According to the Complaint, this is a personal injury case in which the plaintiff claims he sustained serious personal injury, including bilateral vision loss, as the result of a hazardous material spilling into his eye.

4. The amount in controversy, exclusive of interest and costs, exceeds $75, 000.00.

5. The plaintiffs are a resident of Brockton, Massachusetts.

6. FedEx is a Delaware corporation with its principal place of business in Pennsylvania.

7. Jurisdiction is founded on diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332. The amount in controversy, given plaintiffs' alleged damages, exceeds $75,000.00. Based on the Civil Action Cover Sheet, to date, Vernon Yates' hospital and medical expenses are in the amount of $10,000.00 and his lost wages are in the amount of $20,000. According to Vernon Yates, he is totally disabled from his occupation as a truck driver and his lost wages continue to accrue. His wife is also seeking damages for loss of consortium.

8. This Notice of Removal is being filed within the time period required by 28 U.S.C. § 1446(b).

9. A stamped copy of this Notice of Removal will be filed with Plymouth Superior Court, Plymouth County, Commonwealth of Massachusetts, and served on counsel of record for the plaintiff pursuant to 28 U.S.C.§ 1446(d). A copy of the Notice of Removal to Plymouth Superior Court (without attachments) to be filed and served is attached as Exhibit 2.

WHEREFORE, FedEx prays for removal of the above-captioned matter from the Plymouth Superior Court, Plymouth County, Commonwealth of Massachusetts, to the United States District Court of Massachusetts.

FEDEX GROUND PACKAGE SYSTEM, INC.
By its Attorneys,

_____
James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
Campbell Campbell Edwards & Conroy, P.C
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

### CERTIFICATE OF SERVICE

I, Adam A. Larson, hereby certify that on August 12, 2005, a true copy of the above document was served upon plaintiff's counsel by First Class Mail:

_____
Adam A. Larson

A TRUE COPY ATTEST

Francis R. Powers
CLERK