UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VERNON YATES and <br> BARBARA YATES, <br>     Plaintiffs <br><br> v. <br><br> FEDEX GROUND PACKAGE <br> SYSTEM, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. NO. 1:05-cv-11681 PBS <br> ) <br> ) <br> ) <br> ) |

## FEDEX GROUND PACKAGE SYSTEM, INC.'S ANSWER AND JURY DEMAND

FedEx Ground Package System, Inc. ("FedEx") answers the Complaint as follows:

1-3.   FedEx is without sufficient knowledge or information to form a belief as to the truth of the averments in Paragraphs 1 through 3 of the Complaint.

4.   FedEx admits that it is a foreign corporation with a principal place of business at 410 Rouser Road, Coraopolis, Pennsylvania.

5.   Denied.

6.   FedEx is without sufficient knowledge or information to form a belief as to the truth of the averments in Paragraph 6 of the Complaint.

### COUNT I

7.   FedEx repeats and incorporates by reference its responses to paragraphs 1 through 6 of the Complaint.

8-13.   Denied.

**WHEREFORE,** FedEx demands judgment be entered in its favor dismissing the Complaint along with interest, costs, and disbursements incurred herein.

## COUNT II

14. FedEx repeats and incorporates by reference its responses to paragraphs 1 through 13 of the Complaint.

15. Denied.

**WHEREFORE,** FedEx demands judgment be entered in its favor dismissing the Complaint along with interest, costs, and disbursements incurred herein.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The plaintiff's damages, if any, must be reduced accordingly by the plaintiff's failure to mitigate his damages.

### THIRD DEFENSE

The plaintiffs' claims are barred by the applicable statute of limitations.

### FOURTH DEFENSE

The plaintiff's claims against FedEx are barred, in whole or in part, because his alleged injuries and losses were proximately caused by his own failure to exercise reasonable care for his safety and well-being.

### FIFTH DEFENSE

The plaintiff's claims against FedEx are barred, in whole or in part, because of his own comparative fault and/or contributory negligence.

## SIXTH DEFENSE

The plaintiff's claims against FedEx are barred because the conduct of the plaintiff, either alone or combined with the negligence and/or misconduct of others, was the sole proximate cause of plaintiff's alleged injuries and damages.

## SEVENTH DEFENSE

The plaintiff's claims against FedEx are barred because the plaintiff's alleged injuries and damages, if any, were caused by the intervening and superseding acts or omissions of third persons.

## JURY DEMAND

FedEx demands a trial by jury on all issues.

**FEDEX GROUND PACKAGE SYSTEM, INC.,**
By its attorneys,
**Campbell Campbell Edwards & Conroy, P.C**

_____
James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Adam A. Larson, hereby certify that on August 19, 2005, a true copy of the above document was served upon the following by First Class Mail:

Brian C. Dever, Esq.
Keches & Mallen, PC
122 Dean Street
Taunton, MA 02780

_____
Adam A. Larson

3