UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Vernon Yates, et al,
      Plaintiff(s),      CIVIL ACTION
                      NO. 05-11681-PBS
  v.

FedEx Ground Package System, Inc.,
      Defendant(s).

**PRETRIAL ORDER**

SARIS, D.J.                  October 18, 2005

  The above action has been set down for a JURY TRIAL on 8/7/06, at 9:00 a.m.

  A FINAL PRETRIAL CONFERENCE has been scheduled for 8/2/06, at 2:00 p.m..

  By 5/2/06, the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

  By 7/6/06, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

  Objections to the pretrial disclosures shall be served and filed by 7/20/06.

  By 7/26/06, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d).  Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

  By 7/19/06, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

---

  [1]Exhibits shall be premarked with <u>one</u> set of exhibit numbers.  There should be no duplicative exhibit numbers.  For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc...  Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

  [2]It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By 7/26/06, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 7/31/06.

**NOTE: If the trial is continued by the Court, counsel are to adjust the filing dates in this order commensurate with the new trial and final pretrial conference dates.**

By the Court,

 /s/ Robert C. Alba 
Deputy Clerk