UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Vernon Yates, et al
Plaintiff,

        V.                                Civil Action Number
                                      05-11681-PBS

FedEx Ground Package System, Inc.
Defendant.                              October 18, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 4/30/06

Summary Judgment Motion filing deadline: 5/15/06

Opposition to Summary Judgment Motions: 5/30/06

Hearing on Summary Judgment or Pretrial Conference: 6/14/06 at 2:00 p.m.

Final Pretrial Conference: 8/2/06 at 2:00 p.m.

Jury Trial: 8/7/06 at 9:00 a.m.

Case to be referred to Mediation program: December, 2005 / January, 2006

                                                        By the Court,

                                                      /s/ Robert C. Alba
                                                      Deputy Clerk