UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERNON YATES and<br>BARBARA YATES,<br>      Plaintiffs<br><br>v.<br><br>FEDEX GROUND PACKAGE<br>SYSTEM, INC.,<br>      Defendant. | CIVIL ACTION NO. 05-11681 PBS |

## FEDEX GROUND PACKAGE SYSTEM, INC.'S ASSENTED TO MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND OR OBJECT TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Fed. R. Civ. P. 6(b), the defendant, FedEx Ground Package System, Inc. ("FedEx") moves for an extension of time for thirty (30) days through January 16, 2006, in which to respond or object to Plaintiff Vernon Yates' First Set of Interrogatories and First Request for Production of Documents. In support of its Motion, FedEx states as follows:

The plaintiff propounded his discovery requests to FedEx before serving his initial disclosures as required by Local Rule 26.2(A). The parties therefore agreed that FedEx would have thirty (30) days from the date of service of the plaintiffs' initial disclosures to respond to the plaintiff's discovery requests. The plaintiff served his initial disclosures on November 1, 2005. According to the parties' agreement, FedEx's initial responses to the plaintiff's discovery requests were due on December 1, 2005. FedEx thereafter obtained a two-week extension through Thursday, December 15, 2005 to respond to the plaintiff's discovery requests.

FedEx has diligently been attempting to respond to the discovery requests by contacting relevant employees. However, FedEx requests a thirty-day extension to respond to the requests because it has not yet had an opportunity to interview an employee Brian Thomas who has been identified by the plaintiff as having knowledge of the incident giving rise to the Complaint. FedEx also has not had an opportunity to gather and review documents responsive to the plaintiff's requests and to go over various issues with other relevant employees of FedEx. The relevant FedEx employees have been extremely busy since late November and throughout December due to the Christmas and holiday season and have been unable to address the plaintiff's discovery requests. FedEx needs further time in order to gather information and to provide an accurate response to the plaintiff's discovery requests.

The plaintiff will not be prejudiced by a thirty-day extension of the time in which to respond or object to the plaintiff's discovery requests. According to the Court's Scheduling Order in this case, fact discovery does not close until April 30, 2006. FedEx will furnish responses to the plaintiff's discovery requests by January 16, 2006, well in advance of the fact discovery deadline. In addition, the parties are scheduled to attend an Alternative Dispute Resolution conference on January 23, 2006. FedEx will furnish its responses to the discovery requests before the mediation date.

Plaintiffs' counsel has assented to this motion.

WHEREFORE, FedEx Ground Package System, Inc. respectfully requests for an extension of time for thirty (30) days through January 16, 2006, in which to respond or otherwise object to Plaintiff Vernon Yates' First Set of Interrogatories and First Request for Production of Documents.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1(A)(2), FedEx has conferred with plaintiffs' counsel by submitting a draft of this motion to him on December 13, 2005, and he has reviewed the motion and assented to it.

FEDEX GROUND PACKAGE SYSTEM, INC.
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY, P.C.

*/s/ Adam A. Larson*
James M. Campbell (BBO# 541882)
Adam A. Larson (BBO# 632634)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Adam A. Larson, hereby certify that on December 14, 2005, a true copy of the above document was served upon the following by First Class Mail and electronically:

Brian C. Dever, Esq.
Keches & Mallen, PC
122 Dean Street
Taunton, MA 02780

*/s/ Adam A. Larson*
Adam A. Larson

3