UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VERNON YATES and<br>BARBARA YATES,<br>      Plaintiffs<br><br>v.<br><br>FEDEX GROUND PACKAGE<br>SYSTEM, INC.,<br>      Defendant. | CIVIL ACTION NO. 05-11681 PBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without costs to any party. All rights of appeal are waived.

| VERNON YATES and BARBARA YATES | FEDEX GROUND PACKAGE SYSTEM, INC. |
|---|---|
| By their Attorneys,<br>KECHES & MALLEN P.C.<br><br>/Brian C. Dever (BBO# 544203)<br>122 Dean Street<br>Taunton, MA 02780<br>(508) 822-2000 | By its Attorneys,<br>CAMPBELL CAMPBELL<br>EDWARDS & CONROY, P.C.<br><br>James M. Campbell (BBO# 541882)<br>Adam A. Larson (BBO# 632634)<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |

## CERTIFICATE OF SERVICE

I, Adam A. Larson, hereby certify that on ~~May~~ June 22, 2006, a true copy of the above document was served upon the following counsel of record for the plaintiff by First Class Mail and electronically:

Brian C. Dever, Esq.
Keches & Mallen, P.C.
122 Dean Street
Taunton, MA 02780

_____
Adam A. Larson